No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of Louis Nachbar, Petitioner, for an Order of Certiorari against Henry E. Bruckman and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of Frank Reda and Others, Appellants, for an Order of Mandamus against Thomas W. Hammond, as Commissioner of the Department of Sanitation of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of The Transit Commission, Acting for and on Behalf of the City of New York, Pursuant to Chapter 4 of the Laws of 1891 and the Several Statutes Amendatory Thereof and Supplemental Thereto, Relative to Acquiring an Estate in Fee Simple Absolute in and to Certain Premises between Westchester and Blondell Avenues, Eastchester Road, Haswell Street and Waters Avenue, in the Borough of Bronx, City of New York, for the Construction, Maintenance and Operation of a Terminal Storage Yard and Inspection Shed for Use in Connection with Certain Municipal Rapid Transit Railroads. Ardell Freydberg and Grace Gabel, as Executrix, etc., Appellants; Lilian H. W. Levy, as Executrix, etc., Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of Michael Boylan and James P. Morrissey, Appellants, for an Order of Mandamus against James E. Finegan and Others, as Members of the Municipal Civil Service Commission of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Fuad A. Salamy, Appellant, v. The Rieser Company, Inc., Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

Jesse H. Wisan, Receiver in Supplementary Proceedings of Morris Kanter, Respondent, v. Kallman Kanter, Appellant. Kallman Kanter, Appellant, v. Jesse H. Wisan, Receiver in Supplementary Proceedings of Morris Kanter, Respondent, and Gussie Kanter, Defendant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of Joseph E. Gilbert for an Order Requiring Timken Realty Corporation to Pay Surplus of Income from Premises 501 Seventh Avenue, New York City, to Be Applied Towards the Reduction of Past Due Principal on Mortgage Covering Said Premises. Timken Realty Corporation, Appellant; Joseph E. Gilbert, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.